PER CURIAM.
Affirmed. See Hilton Oil Transport v. Oil Transport Co., S.A, 659 So.2d 1141 (Fla. 3d DCA 1995); Valencia Center, Inc. v. Publix Super Markets, Inc., 464 So.2d 1267 (Fla. 3d DCA 1985), pet. for review denied, 475 So.2d 696 (Fla.1985); City of Miami Beach v. Championship Sports, Inc., 200 So.2d 583 (Fla. 3d DCA 1967), cert. denied, 207 So.2d 453 (Fla.1967); City of Miami v. Kory, 394 So.2d 494 (Fla. 3d DCA 1981), review denied, 407 So.2d 1104 (Fla.1981).